ACCEPTED
04-15-00131-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/24/2015 11:11:13 AM
KEITH HOTTLE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 04-15-00131-CR |
| Appellate Case Style: Style: | Jesus Rivera |
| Vs. | State of Texas |

Companion Case:

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/24/2015 11:11:13 AM

KEITH E. HOTTLE
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 4th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Jesus | ☒ Lead Attorney |
| Middle Name: | First Name: Richard |
| Last Name: Rivera | Middle Name: Brooks |
| Suffix: | Last Name: Dulany |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: Jr. |
| Amount of Bond: | ☐ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☒ Public Defender |
| | Firm Name: Bexar County Public Defender |
| | Address 1: 101 W. Nueva St. |
| | Address 2: Suite 310 |
| | City: San Antonio |
| | State: Texas Zip+4: 78205 |
| | Telephone: 210-335-0701 ext. |
| | Fax: 210-335-0707 |
| | Email: Richard.Dulany@bexar.org |
| | SBN: 06196400 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name:  The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se:  ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name:  Nicolas

Middle Name:  A.

Last Name:  LaHood

Suffix:

☐ Appointed     ☒ District/County Attorney

☐ Retained     ☐ Public Defender

Firm Name:  Bexar Co. District Attorney

Address 1:  101 W. Nueva St.

Address 2:  Suite 710

City:  San Antonio

State:  Texas       Zip+4:  78205

Telephone:  210-335-2414     ext.

Fax:  210-335-2436

Email:

SBN:  24030360

[Add Another Appellee/Attorney]

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case):  Homicide

Type of Judgment:  Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:  February 24, 2015

Offense charged:  Murder

Date of offense:  November 22, 2012

Defendant's plea:  Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court:  March 5, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 66 years TDCJ-ID & No FINE

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☒ No    If yes, date filed:

If other, please specify:

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☐ Yes  ☒ No  ☐ NA    If yes, date filed:

Date of hearing:       ☐ NA

Date of order:       ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court:   144th District Court

County:  Bexar

Trial Court Docket Number (Cause no):   2014CR1271

Trial Court Judge (who tried or disposed of the case):

First Name:   Lorina

Middle Name:

Last Name:   Rummel

Suffix: ~~~~

Address 1:   300 Dolorosa

Address 2:   Second Floor

City:   San Antonio

State:   Texas                     Zip + 4:  78205

Telephone:   210-335-2511       ext.

Fax:   210-335-2503

Email:

Clerk's Record:

Trial Court Clerk:   ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested:  Mar 24, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was the reporter's record electronically recorded?   ☒ Yes   ☐ No

If yes, date requested:  Mar 24, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes   ☐ No   ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☒ Official              ☐ Substitute

First Name:   Kay

Middle Name:

Last Name:   Gittinger

Suffix:

Address 1:   300 Dolorosa

Address 2:   Second Floor

City:   San Antonio

State:   Texas                     Zip + 4:  78205

Telephone:   210-335-1106       ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

　　　Vs.

## X. Signature

*Richard B. Du———*

Signature of counsel (or Pro Se Party)                  Date:   March 24, 2015

*RICHARD    DULANY*

Printed Name:                                           State Bar No: 06196400

Electronic Signature:  /s/ Richard B. Dulany, Jr.       Name:  Richard B. Dulany, Jr.
　　　(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  March 24, 2015          .

*Richard B. ———*

Signature of counsel (or pro se party)                  Electronic  Signature: /s/ Richard B. Dulany, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　(Optional)

　　　　　　　　　　　　　　　　　　　　　　　State Bar No.:   06196400

Person Served:  *JEANETTE CANALES*

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

　　　　　　　(1) the date and manner of service;
　　　　　　　(2) the name and address of each person served, and
　　　　　　　(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 24, 2015

Manner Served: eServe

First Name: Nicolas

Middle Name: A.

Last Name: LaHood

Suffix:

Law Firm Name: Bexar Co. District Attorney

Address 1: 101 W. Nueva St.

Address 2: Suite 710

City: San Antonio

State Texas Zip+4: 78205

Telephone: 335-2414 ext.

Fax: 335-2436

Email: Jeanette.Canales@bexar.org

Ver. 1.0.0  7/12